S93Y0700. IN THE MATTER OF MICHAEL E. ZADAN.
(429 SE2d 524)

PER CURIAM.

Respondent Michael E. Zadan, a member of the Georgia Bar since 1973, was convicted in the United States District Court for the Southern District of California of the felony of Submission of a False Document. 18 USC § 1001. The record shows that Respondent submitted a fictitious document to the Internal Revenue Service on behalf of a client. Respondent did not appeal his conviction.

A special master was appointed to conduct a hearing, pursuant to Bar Rule 4-106, for Respondent to show cause why he should not be disbarred for violating Standard .66 of Bar Rule 4-102 (d). Respondent notified the State Bar that he would not attend the show cause hearing.

The special master concluded that Respondent's conduct violated Standard 66 of Bar Rule 4-102 (d) and recommended that Respondent be disbarred. We agree with the special master's recommendation.

It is ordered that Michael E. Zadan be disbarred from the prac-

tice of law in the State of Georgia.
*All the Justices concur.*

DECIDED MAY 10, 1993.

*William P. Smith III, General Counsel State Bar, E. Duane Cooper, Assistant General Counsel State Bar*, for State Bar of Georgia.